AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| United States of America | ) |
|---|---|
| v. | ) CR17 293 |
| JUSTIN DOBBS | ) |
| | ) 17-mj-01100-CBS |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   JUSTIN DOBBS                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1030(a)(5)(A) & (c)(4)(A)(i)(I) - Transmission of a Program, Information, Code, and Command to Cause Damage to a Protected Computer

Date: 5/25/2017

Issuing officer's signature

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE
Printed name and title

City and state:  SF, CA

### Return

This warrant was received on (date) _____ , and the person was arrested on (date) _____
at (city and state) _____ .

Date: _____

Arresting officer's signature

Printed name and title

BRIAN J. STRETCH (CABN 163973)
United States Attorney

FILED
MAY 25 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNDER SEAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CR17   293   EMC

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. |
| Plaintiff, | VIOLATION: 18 U.S.C. §§ 1030(a)(5)(A) & (c)(4)(A)(i)(I) - Transmission of a Program, Information, Code, and Command to Cause Damage to a Protected Computer |
| v. | |
| JUSTIN TYLER DOBBS, | |
| Defendant. | SAN FRANCISCO VENUE |
| | **UNDER SEAL** |

INDICTMENT

The Grand Jury charges:

BACKGROUND

1. At all times relevant to this Indictment:

    a. SKOUT, Inc. ("Skout") was a company headquartered in San Francisco that provided online chat services to third party web sites.

    b. The computer servers of Skout were used in and affecting interstate and foreign commerce and communication and were "protected computers" pursuant to 18 U.S.C. § 1030(e)(2)(B).

    c. Defendant JUSTIN TYLER DOBBS ("DOBBS") resided in Evans, Colorado.

INDICTMENT

d. A Distributed Denial of Service ("DDoS") attack was a type of malicious computer activity where an attacker sends a large number of requests to the victim computer with the intent to render the victim computer network unable to handle legitimate network traffic. The victim computer network becomes unable to perform its intended function and legitimate users are denied the service of the computer.

2. "Bangstresser" was a Linux-based tool, created in part by defendant DOBBS, that claimed to be capable of launching 600 gigabit-per-second (Gbps) attacks, thus being able to take down some of the largest websites on the Internet.

3. "Netstresser" claimed to be a tool for use in legitimate testing procedures, but was available for purchase on the internet and sometimes used by hackers as a DDoS tool for unauthorized attacks against computer networks. The tool had several different types of attack methods and various pricing packages corresponding to the different types and lengths of attacks desired.

COUNT ONE: (18 U.S.C. § 1030(a)(5)(A), (c)(4)(A)(i)(I) - Transmission of a Program, Information, Code, and Command to Cause Damage to a Protected Computer)

4. The factual allegations at Paragraphs 1 through 3 are re-alleged as if set forth fully therein.

5. On or about July 8, 2016, through July 11, 2016, in the Northern District of California and elsewhere, the defendant,

JUSTIN TYLER DOBBS,

did knowingly cause the transmission of a program, information, code, and command, and as a result of such conduct, intentionally caused damage without authorization to a protected computer, to wit, the defendant caused the transmission of the Bangstresser and Netstresser DDoS tools to Skout's web servers, a computer used in interstate and foreign commerce and communication, and, by such conduct caused loss to 1 or more persons during a 1-year period from the defendant's course of conduct affecting protected computers aggregating at least $5,000 in value.

All in violation of Title 18, United States Code, Sections 1030(a)(5)(A) & (c)(4)(A)(i)(I).

INDICTMENT

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: | A TRUE BILL. |
| 3 | | |
| 4 | 5/25/17 | |
| 5 | | FOREPERSON |

BRIAN J. STRETCH
United States Attorney

_____
MATTHEW A. PARRELLA
Chief, CHIP Unit

(Approved as to form: _____
AUSA AMIE D. ROONEY

INDICTMENT

3